WILLIAM H. CORBETT, PLAINTIFF-RESPONDENT, v. ROBERT VAN KIRK, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 38 *N. J. Super.* 478.

*Mr. William V. Breslin* and *Mr. James A. Major* for the petitioners.

*Messrs. Chandless, Weller & Kramer* for the respondent.

May 21, 1956. Denied.

FRED SHAPIRO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOSEPH MARZIGLIANO, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 39 *N. J. Super.* 61.

*Messrs. Mayer & Mayer* for the petitioners.

*Messrs. Milberg & Milberg* for the respondents.

May 21, 1956. Denied.